No. 23, October Term, 1967. FIRST NATIONAL BANK OF ARIZONA v. CITIES SERVICE Co., 391 U. S. 253. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 335, October Term, 1967. HANOVER SHOE, INC. v. UNITED SHOE MACHINERY CORP.; and

No. 463, October Term, 1967. UNITED SHOE MACHINERY CORP. v. HANOVER SHOE, INC., 392 U. S. 481. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1200, October Term, 1967. POWELL v. COMMITTEE ON ADMISSIONS AND GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 392 U. S. 929. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1269, October Term, 1967. CENTRAL BANK & TRUST Co. v. UNITED STATES ET AL.; and

No. 1270, October Term, 1967. BOYLE v. UNITED STATES ET AL., 391 U. S. 469. Petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.

No. 1364, October Term, 1967. COMMISSIONER OF INTERNAL REVENUE v. SUGAR DADDY, INC., ET AL., 392 U. S. 929. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1389, October Term, 1967. WEINBERG ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 392 U. S. 929. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.